UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                              )
                                    )
RITA K. CHAPMAN,                    )     No. 20-71033
                                    )     Chapter 7
        Debtor.                     )

## MOTION FOR BANKRUPTCY RULE 2004 EXAMINATION

NOW COMES Jeffrey D. Richardson, Chapter 7 Trustee, and for his Motion respectfully states as follows:

1. The Debtor filed her Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code on September 17, 2020.

2. I was appointed the Debtor's Chapter 7 bankruptcy Trustee.

3. At the time the Debtor filed her bankruptcy case the Debtor appears to have concealed a pending personal injury case in the Circuit Court of DeWitt County, Illinois for which the Debtor had made a settlement demand of $2,000,000.00.

4. The bankruptcy case was reopened by the Court and I was reappointed as bankruptcy Trustee in this case to administer the undisclosed asset (Doc. 22).

5. There may be creditors in this case which the Debtor omitted from her Schedules as part of her concealment of her injury claim and the Debtor has made no attempt to amend the Schedules since the case has been reopened.

WHEREFORE Jeffrey D. Richardson, Chapter 7 Trustee, respectfully prays that the Court grant the undersigned Trustee leave to take the Bankruptcy Rule 2004 Examination of the Debtor forthwith.

    /s/ Jeffrey D. Richardson
JEFFREY D. RICHARDSON
Chapter 7 Trustee
Registration No. 02330067
132 South Water Street, Suite 444
Decatur, IL 62523
Telephone: 217/425-4082
E-mail: jdrdec@aol.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the above instrument was filed electronically with the Court on May 8, 2023, and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

U. S. Trustee
Mr. Richard Aronow
Mr. Kevin G. Hammer
Mr. Lee Karge
Mr. James Anthony Salinas
Ms. Rachael Stokas

    /s/ Jeffrey D. Richardson

## CERTIFICATE OF SERVICE

I certify that on May 8, 2023, at 5:00 p.m., I caused to be deposited a copy of the foregoing in a U.S. Post Office box at Millikin Court, 132 South Water Street, Decatur, Illinois, enclosed in an envelope with proper postage prepaid, addressed to the following in the manner set forth:

Ms. Rita K. Chapman
320 N. Mulberry St.
Clinton, IL 61727

    /s/ Jeffrey D. Richardson